**Order filed November 8, 2016**



In The

# Fourteenth Court of Appeals

_____

NO. 14-16-00701-CR
NO. 14-16-00702-CR
_____

**JONATHAN  SCOTT  GUEVARA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 182nd District Court
Harris County, Texas
Trial Court Cause Nos. 1443448 and 1443449**

---

## ORDER

The clerk's records in these appeals were filed October 21, 2016. Our review has determined that a relevant item has been omitted from each record.  *See* Tex. R. App. P. 34.5(c). Accordingly, the Harris County District Clerk is directed to file a supplemental clerk's record in each appeal on or before **December 8, 2016**, containing: **defendant's motion for new trial, filed July 22, 2016.** If the omitted item is not part of the case file, the district clerk is directed to file a supplemental

clerk's record in each appeal containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM